```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| FAITH ANN BAIRD,<br><br>    Plaintiff,<br><br>    -against-<br><br>CAINE & WEINER COMPANY INC.<br>et ano,<br><br>    Defendants. | 25-cv-1495 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On Friday, March 21, 2025, the Court held an initial telephonic pretrial conference in the above-captioned case. Plaintiff, who is proceeding pro se, did not appear. Because plaintiff did not appear, the Court has scheduled a second telephonic pretrial conference for Friday, March 28, 2025, at 11 A.M. If plaintiff does not appear at that conference, the Court will presume that she has abandoned her case and dismiss it. In addition, the Court hereby quashes, for now, any and all applications for decisions outlined in plaintiff's document titled "Verified Response to Demand for Bill of Particulars." See ECF No. 12. If plaintiff has any questions about this Order, she can call chambers at (212) 805-0401.

    A copy of this Order shall be mailed to plaintiff's address, as indicated in her complaint. See ECF No. 1, Exhibit A, at 4.

    SO ORDERED.

New York, NY
3/21, 2025

_____
JED S. RAKOFF, U.S.D.J.