UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAITH ANN BAIRD,

                Plaintiff,

   -against-
CAINE & WEINER COMPANY INC.,

                Defendant.

25-CV-01495 (JSR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated June 17, 2025 (ECF 16), Judge Jed S. Rakoff referred this case to me for settlement.

A settlement conference is scheduled for **Friday, June 27, 2025  at 2:00 p.m.** to be held by video conference. The Courtroom Deputy will send the conference details to counsel.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **June 23, 2025**, at **3:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  June 18, 2025
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge