UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAITH ANN BAIRD,

                Plaintiff,

  -against-

CAINE & WEINER COMPANY INC., et al.,

                Defendants.

25cv01495 (JSR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Plaintiff's application for a protective order (ECF 25) is DENIED. Once a plaintiff places her health at issue in seeking damages, the defendants are entitled to discovery from her physicians. Plaintiff shall supplement her initial disclosures by July 11, 2025, naming all her treating physicians in the relevant period; those disclosures should not be filed on the public docket, but should instead be sent to opposing counsel. Starting on July 14, 2025, the parties shall submit a weekly joint report on the status of discovery.

      The Clerk of Court is respectfully requested to terminate ECF 25.

DATED: July 7, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge