```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| FAITH ANN BAIRD,<br><br>　　　　Plaintiff,<br><br>　-against-<br><br>CAINE & WEINER COMPANY INC.<br>et ano.,<br><br>　　　　Defendants. | 25-cv-1495 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　On June 17, 2025, the Court referred the above-captioned case to Magistrate Judge Tarnofsky for settlement. See ECF No. 16. Judge Tarnofsky has now informed the Court that the parties have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case if the settlement is not fully effectuated.

　　SO ORDERED.

Dated:　New York, NY

　　　　July 17, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JED S. RAKOFF, U.S.D.J.